# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS PATRICK, | Case No. 1:15-cv-01790-SKO (PC) |
| Plaintiff, | ORDER DENYING SECOND IN FORMA PAUPERIS APPLICATION AS MOOT |
| v. | (Doc. 13) |
| REYES, et al., | |
| Defendants. | |

Plaintiff Nicholas Patrick ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 10, 2015. On December 21, 2015, Plaintiff filed a second application to proceed in forma pauperis. In as much as Plaintiff's first application was granted on December 2, 2015, the second application is HEREBY DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   **January 5, 2016**          **/s/ Sheila K. Oberto**
                                 UNITED STATES MAGISTRATE JUDGE